OPINION — AG — **** EMPLOYER UNDER "GROSS BUSINESS" STATUTORY PROVISION **** FOR THE PURPOSE OF DEFINING WHO AN EMPLOYER IS UNDER 40 O.S. 1971 197.4 [40-197.4](D), THE TERM "GROSS BUSINESS", IN THE CASE OF A RETAIL GASOLINE SERVICE STATION, INCLUDES THE PER GALLON TAXES LEVIED ON GASOLINE BY THE UNITED STATES GOVERNMENT, THE STATE OF OKLAHOMA, AND/OR ANY POLITICAL SUBDIVISION OF THE STATE. CITE: 68 O.S. 1971 506 [68-506], 68 O.S. 1971 502 [68-502] (MIKE MARTIN)